IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MICKA MARTIN,        *

       Plaintiff,        *

v.        Case No. 5:18-CV-00252-MTT

       *

MONROE COUNTY GEORGIA, et al.,

       *

       Defendants.

_____        *

## **J U D G M E N T**

Pursuant to this Court's Order dated April 2, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 3rd day of April, 2019.

       David W. Bunt, Clerk

       s/ Vanessa Siaca, Deputy Clerk